UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT ANTHONY BOMKAMP, #02124798, <br><br>    *Petitioner*, <br><br>v. <br><br>DIRECTOR, TDCJ-CID, <br><br>    *Respondent*. | §<br>§<br>§<br>§<br>§   Civil Action No. 3:20-CV-03508-X<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 21]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 7th day of October 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1